BRIGHT, Circuit Judge,
dissenting.
*645 I respectfully dissent.
Upon examination of the record, I am convinced that Ms. Willard is entitled to benefits. Ms. Willard previously qualified for benefits from 1986-1993. She apparently lost benefits when she failed to respond to Social Security Administration inquiries.
In her present request for benefits, the administrative law judge determined that Ms. Willard had the residual functional capacity to perform light duty jobs including jobs such as a bench assembler, hand packager, or a laundry folder. However, there is no evidence in the record that Ms. Willard ever held such positions, or for that matter, has ever held any position in the workforce other than in a sheltered workshop or a special employment program. For these reasons, I believe Ms. Willard is entitled to benefits.
A true copy.